# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS NOEL BENITEZ,<br><br>              Petitioner,<br><br>   v.<br><br>DAVID A. MARIN, ICE Field Director,<br><br>              Respondent. | Case No. CV 15-05723 GW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) the government's motion to dismiss is granted; and (3) Judgment be entered denying the Petition and dismissing the action without prejudice.

DATED: May 11, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE