**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTOS NOEL BENITEZ,<br><br>                    Petitioner,<br><br>            v.<br><br>DAVID A. MARIN, ICE Field<br>Director,<br><br>                    Respondent. | Case No. CV 15-05723 GW (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:  May 11, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE